# Declaration of Debra Doyle

# DECLARATION OF DEBRA DOYLE

1. I, Debra Doyle, am of legal age and competent to testify. This declaration is based on my personal knowledge and my review of records kept in the ordinary course of business. I would testify to the facts stated herein if called to do so.

2. I am an employee of Metro Auto Auction, LLC ("Metro Auto"). My current position is Manager of Human Resources, Payroll, and Accounts Payable ("HR Manager"). In my capacity as HR Manager, I am a custodian of employee personnel files, which files are maintained in the ordinary course of business.

3. It is the regular practice of Metro Auto to present an arbitration agreement to an employee at the time of the employee's hire, and later maintain a signed copy of that arbitration agreement in the employee's personnel file.

4. Sarah Aldrete ("Aldrete"), previously known as Sarah Starcovic, is a former employee of Metro Auto. I have reviewed Ms. Aldrete's personnel file. According to her records, Metro Auto hired Ms. Aldrete in June 2009.

5. Ms. Aldrete's personnel file contains an arbitration agreement, titled "Mutual Agreement to Arbitrate Claims" (the "Arbitration Agreement"), signed and dated on June 17, 2009. A true and correct copy of the Arbitration Agreement maintained in Ms. Aldrete's personnel file is attached as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 2, 2021.

           *Debra Doyle*
           _____
           Debra Doyle

4825-3657-5218, v. 3

1

# Exhibit A

# METRO AUTO AUCTION OF PHOENIX

## MUTUAL AGREEMENT TO ARBITRATE CLAIMS

### 1. Introduction

Metro Auto Auction of Phoenix (the "Company") recognizes that employment disputes may arise from time to time. Ideally, the Company and its Employees will be able to resolve any disputes quickly and informally just by talking together or through the Problem Solving Procedure set forth in the Metro Auto Auction of Phoenix Employee Handbook. In the unlikely event that a dispute cannot be resolved informally, however, the Company and the undersigned ("Employee") have entered into this Mutual Agreement to Arbitrate Claims ("Agreement") to resolve any legal claims that might arise between them in a timely and cost-effective manner. All references to "Company" in this Agreement include Metro Auto Auction of Phoenix's parent company or companies, its subsidiary and affiliated entities, its benefit plans, the benefit plans' sponsors, fiduciaries, administrators, affiliates and agents, and any and all successors and assigns of any of them.

By agreeing to arbitrate, the Company and its Employees **give up their right to sue in court, as well as the right to trial by jury.** The Company and Employees agree, instead, that any legal claim that either may have against the other will be submitted to a private, impartial arbitrator (a "private judge," so to speak) for a final and binding decision, with a limited right to appeal to a court of law.

The purpose of arbitration is merely to provide an alternate forum for resolving disputes. Under this Agreement, Employees are still protected by all applicable employment laws and are not giving up any substantive rights to recover damages. Employees also retain the right to file a charge with appropriate federal, state, or local governmental agencies, including the U.S. Equal Employment Opportunity Commission, but waive the right to sue in court.

By accepting or continuing employment with the Company, all Employees are deemed to agree to the terms of this Agreement. Please read this Agreement carefully. It explains what types of claims are covered under this Agreement as well as how the arbitration process works.

### 2. Claims Covered By This Agreement

The Employee and the Company will resolve by arbitration all statutory, contractual and common law claims or controversies, past, present or future, that arise out of or relate to the Employee's hiring, employment, or termination of employment by the Company, including:

- claims of discrimination, harassment, or retaliation under any federal, state or local statute or ordinance, including but not limited to Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, and the Americans with Disabilities Act;

- claims of retaliation under state workers' compensation law or any "whistleblower" law;

- claims for breach of any contract or covenant (express or implied);

- tort claims (including, but not limited to, negligent or intentional injury, invasion of privacy, defamation, and tortious interference with contract);

1

- claims for benefits (except claims under an employee benefit, pension plan or other plan governed by ERISA that either: (1) specifies that its claims procedure shall culminate in an arbitration procedure different from this one, or (2) is underwritten by a commercial insurer which decides claims);

- claims for violation of any federal, state, or other governmental law, statute, regulation, or ordinance;

- claims or disputes regarding this Agreement, including but not limited to, its enforceability, scope or terms; and

- disputes regarding arbitrability under this Agreement.

3. **Claims Not Covered By This Agreement**

   The Agreement does not apply to the following claims:

- claims by the Employee for workers' compensation benefits;

- claims by the Employee for unemployment compensation benefits;

- wage and hour disputes within the jurisdiction of any state Labor Commissioner;

- claims for benefits based upon a Company employee welfare benefit plan that contains a final and binding appeal procedure for the resolution of disputes under the plan; and

- claims seeking injunctive relief pending resolution of any claim or dispute through the arbitration procedure.

4. **Charges Filed with Administrative Agencies**

   Although the Employee's claims of discrimination are to be decided by arbitration under this Agreement, the Employee still retains the right to file a charge with and otherwise participate in the processes and proceedings of appropriate federal, state and local agencies, including the U.S. Equal Employment Opportunity Commission. If, however, the Employee files a charge with such an agency, Metro Auto Auction of Phoenix may opt out of this Agreement with respect to the claim(s) alleged in the charge and require the Employee to pursue the claim(s) in a court of law. To opt out of this Agreement, Metro Auto Auction of Phoenix must notify the Employee in writing via certified mail to the Employee's most recent address contained in the Employee's personnel file.

5. **Time Limits For Commencing Arbitration**

   Arbitration must be initiated within 180 days of the date the Employee became aware of the alleged harm or should have become aware of the alleged harm, unless a longer time period for commencing actions is provided under federal or state statute. Failure to initiate arbitration within these time limits shall be deemed an irrevocable waiver of the claim. The Company and the Employee should give written notice of any claim in accordance with Section 7 below as soon as possible after the event or events in dispute so that arbitration of any differences may take place promptly.

### 6. Arbitration Rules

Except as otherwise provided in this Agreement, the arbitration shall be in accordance with the American Arbitration Association's ("AAA") National Rules for the Resolution of Employment Disputes ("Rules") that are in effect at the time that the demand for arbitration is made. Employees may request a copy of the Rules from the General Manager.

### 7. Required Written Notice of All Claims

To initiate arbitration, a party must send, via certified mail, a written notice of any claim, in the form attached to this Agreement as Exhibit A, to the other party that (i) identifies and describes the nature of each claim asserted, (ii) the facts upon which each claim is based, and (iii) the relief or remedy sought. Unless the parties agree otherwise, all counterclaims arising out of the same dispute shall be submitted in the same proceeding to the arbitrator selected pursuant to this Agreement.

Written notice to the Employee will be sent to the most recent address contained in the Employee's personnel file. Written notice to the Company will be sent to:

> Metro Auto Auction of Phoenix
> [INSERT ADDRESS]

Promptly after sending or receiving a written request to arbitrate, the Company will also notify the AAA that a demand for arbitration has been made and will request that the AAA provide the parties with a list of arbitrators, as specified below. If, on the date that an arbitration demand is postmarked, any claim made in the demand would be barred by the applicable statute of limitations (see Section 5 above), that claim will be barred for purposes of arbitration.

An arbitration is also initiated by the receipt by AAA of an order from a court compelling arbitration. For purposes of the statute of limitations, the arbitration is deemed initiated on the date that the order compelling arbitration is issued by the court, or as otherwise ordered by the Court.

Within 30 days of receiving a written notice of claim for arbitration, the responding party will answer the notice in writing by providing a brief response to the claim and the issues presented. The answer shall in no way limit the responding party's right to assert other defenses or take other positions that may become apparent during the course of the arbitration.

### 8. Representation by Attorneys

Any party may be represented by an attorney or other representative selected by the party. The Employee must notify the Company that he or she is represented by an attorney at the time the Employee submits a written request for arbitration or as soon as possible after the Employee obtains representation. Each party shall be responsible for its own costs and fees for legal representation. However, if any party prevails on a claim under a statute that affords the prevailing party attorneys' fees from the non-prevailing party, or if there is a written agreement providing for fees, the arbitrator may award reasonable attorneys' fees to the prevailing party, under the applicable legal standard.

### 9. Arbitration Fees and Costs

If the Employee initiates arbitration, the Employee shall deliver to the Company with the written notice of arbitration a check payable to the American Arbitration Association in the amount of $150.00,

as the Employee's share of the costs of the arbitration. The Company shall pay the balance of the AAA filing fee and all other fees, costs and expenses of the arbitrator and AAA. The arbitrator may reduce the Employee's share of the costs of arbitration, upon a showing by the Employee of substantial hardship. If the Company initiates arbitration, the Company will pay in full the AAA filing fee and all other fees of the arbitration and AAA.

## 10. Selecting an Arbitrator

Promptly upon receipt of notice from the Company that arbitration has been initiated, AAA will provide each party with an identical list of 11 arbitrators from its panel of employment dispute arbitrators. The arbitrator shall be either a retired judge or an experienced attorney licensed to practice law in the state in which arbitration is to be convened. (For purposes of arbitrator selection, all defendants, whether or not separately represented, shall be deemed one party). Within 10 calendar days from the postmark date on the AAA list, the parties or their representatives will meet or participate in a telephone conference to select an arbitrator. At such time, the parties shall alternately strike the name of an arbitrator on the list (the party initiating arbitration shall strike first) until only one name remains. This remaining name shall be the arbitrator. If a party refuses to timely participate in such a meeting or telephone conference, the other party may select an arbitrator from the list provided by AAA. If the arbitrator designated by this process declines or is unable to serve, the selection process shall be repeated with a new list of 11 arbitrators from AAA.

## 11. Location of the Arbitration

The arbitration will be held in or near the city in which the Employee or former Employee, who is party to the arbitration, is or was last employed by the Company. The parties may, however, agree on an alternative location. If the AAA does not have an available office with a hearing room in or near such city, the arbitration shall be conducted in a meeting room in a hotel in such city.

## 12. Hearing Date

The arbitrator will promptly set a hearing date and time and will mail written notice of the hearing date to each of the parties at least 60 days in advance unless the parties otherwise agree or mutually waive notice.

## 13. Depositions and Other Discovery

Before the arbitration hearing, the Company and the Employee may engage in reasonable discovery. Permissible discovery shall be governed by the Federal Rules of Civil Procedure and all discovery shall be concluded within 120 days from the date the written request to arbitrate is mailed. Any costs associated with discovery will be incurred by the party seeking the discovery to the same extent as allowed by the state law where the arbitration occurs. As an example, if the Company notices and takes a witness' deposition, the Company will incur the cost of the court reporter's fee and the cost of the transcript it orders.

Unresolved discovery disputes will be presented to the arbitrator for final resolution. The arbitrator is empowered to subpoena witnesses and compel the production of documents to the extent permitted in a judicial proceeding, upon his or her own initiative or the request of a party. The arbitrator may sanction the parties for inappropriate conduct, including the award to either party of its reasonable attorneys' fees and costs, including reasonable expenses associated with production of documents,

4

witnesses or proof, upon a finding that the action taken was frivolous or brought solely to harass the Employee, the Company, or its personnel.

### 14. Witnesses and Exhibits

No later than 15 days before the arbitration, the parties will exchange lists of witnesses, including any experts, and copies of all exhibits intended to be used at the arbitration. Each party shall have the right to subpoena witnesses and documents for the arbitration as well as documents relevant to the case from third parties.

### 15. Pre-Hearing Procedures

The arbitrator shall have jurisdiction to hear and rule on pre-hearing disputes and is authorized to hold pre-hearing conferences by telephone or in person, as the arbitrator deems necessary.

### 16. Motions to Dismiss and Motions For Summary Judgment

The arbitrator shall have the authority to entertain a motion to dismiss or a motion for summary judgment by any party and shall apply the standards governing such motions under the Federal Rules of Civil Procedure.

### 17. The Arbitration Hearing

#### (a) Conduct of the Hearing

The arbitrator shall preside at the hearing and rule on the admission and exclusion of evidence and questions of procedure, and exercise other such powers as conferred by statute. Judicial rules relating to the order of proof, the conduct of the hearing and the presentation of admissibility of evidence will not be directly applicable, but will guide the arbitrator on admissibility and weight of evidence. The arbitrator shall admit any relevant evidence regardless of the admissibility of such evidence in a court of law.

#### (b) The Law the Arbitrator will Apply

The arbitrator shall apply the substantive law (and the law of remedies, if applicable) of the state in which the state law claim arose, or federal law of the circuit in which the federal law claim arose, or both, as applicable to the claim(s) asserted. The arbitrator is without jurisdiction to apply any different substantive law or law of remedies. The arbitrator may not disregard or alter the Company's rules or policies unless the arbitrator determines that a rule or policy violated existing law at the time of the alleged violation. The arbitrator's decision shall be final and binding upon the parties, except as provided in this Agreement.

#### (c) Failure to Appear for Hearing

Should any party refuse or fail to appear for, or participate in, the arbitration hearing, the arbitrator shall have the authority to decide the dispute based upon whatever evidence is presented.

#### (d) Transcription of Hearing

Either party, at its expense, may arrange for and pay the cost of a court reporter to provide a stenographic record of proceedings.

### 18. Briefs

Either party, upon request at the close of hearing, shall be given leave to file a post-hearing brief. The time for filing such a brief shall be set by the arbitrator.

### 19. The Arbitration Award

The arbitrator shall render an award and opinion in writing that is signed and dated and that contains express findings of fact, the rationale for the award and, if necessary to dispose of any issues of law, conclusions of law and discussion of legal authorities. The award may be entered as a judgment in any court of competent jurisdiction. The parties agree to stipulate to the entry of judgment upon such award. The arbitrator may grant any remedy or relief, legal or equitable, that would have been available had the claim been asserted in court. The arbitrator may not award relief that would be unavailable to the parties if the matter were brought in a state or federal court proceeding.

Unless the parties and arbitrator agree otherwise, the arbitrator's award shall issue no later than 30 days from the date the arbitration hearing concludes or the post-hearing briefs (if requested) are received, whichever is later.

#### (a) Reconsideration

Either party shall have the right, within 20 days of issuance of the arbitrator's opinion, to file with the arbitrator a motion to reconsider (accompanied by a supporting brief), and the other party shall have 20 days from the date of the motion to respond. The arbitrator thereupon shall reconsider the issues raised by the motion and, promptly, either confirm or change the decision, which (except as provided by this Agreement) shall then be final and conclusive upon the parties. Each party shall bear its own costs and attorneys' fees relating to such a motion for reconsideration and written opinion of the arbitrator, unless the arbitrator orders otherwise.

#### (b) Enforcement

Either party may bring an action in any court of competent jurisdiction to enforce an arbitration award. A party opposing enforcement of an award may bring a separate action in any court of competent jurisdiction to set aside the award, where the standard of review will be the same as that applied by an appellate court reviewing a decision of a trial court sitting without a jury.

### 20. Confidentiality

The arbitration, including the hearing and record of the proceeding, are confidential and shall not be open to the public, except (a) to the extent both parties agree otherwise in writing, (b) as may be appropriate in any subsequent proceedings between the parties, or (c) as may otherwise be appropriate in response to a governmental agency or legal process.

### 21. Exclusive Forum

The Company and the Employee understand and agree that this Agreement waives their right to a jury trial and waives the right to seek remedies in court with respect to the claims covered by this Agreement.

6

## 22. Governing Law

This Agreement shall be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16. In the event the FAA is deemed not to apply, then this Agreement shall be governed by the arbitration statute of the state in which the Employee is employed.

## 23. Modification

This Agreement may not be changed in any substantive way without prior notice to the Employee. The Agreement may be changed from time to time in minor ways. The Company will periodically inform the Employee of these administrative changes. When any significant changes are instituted, the Employee will receive notice by posting or in general employee communications or in some other way, but in all cases, modifications or amendments must be express, in writing, and communicated by an authorized Company representative. Absent agreement to the contrary, the parties and the arbitrator will utilize the procedures and policy in effect at the time of the incident or event giving rise to the arbitration. To the extent there is any disagreement on whether any modifications or amendments to this Agreement apply to a specific arbitration, the arbitrator will be empowered to decide this issue.

## 24. Severability

Should any provision of this Agreement be found to be unenforceable, such portion will be severed from the Agreement and the remaining portions shall remain in full force and effect.

## 25. Sole and Entire Agreement

This is the complete agreement of the parties on the subject of arbitration of disputes (except for any arbitration agreement in connection with any pension or benefit plan). This Agreement supersedes any prior or contemporaneous oral or written understandings on the subject. No party is relying on any representations, oral or written, on the subject of the effect, enforceability or meaning of this Agreement, except as specifically set forth in this Agreement.

## 26. Filing of Lawsuit

Either party may bring an action in any court of competent jurisdiction to compel arbitration under this Agreement. In the event a party files a lawsuit over a matter which is subject to arbitration under this Agreement, the other party shall give notice of the existence of this Agreement and if the lawsuit is not dismissed within ten (10) days receipt of that notice, the party filing the lawsuit shall be liable for any and all costs and attorneys' fees incurred in dismissing the lawsuit.

## 27. At-Will Employment

I understand that this Agreement is not an employment contract or term of employment and that I am an Employee at-will of the Company, meaning that I or the Company may terminate my employment at any time, for any reason, with or without notice, and with or without cause.

7

DocuSign Envelope ID: B0245E56-E900-4DD0-B8E1-AE3A90942E10

## KNOWING AND VOLUNTARY AGREEMENT

MY SIGNATURE BELOW CERTIFIES THAT I HAVE CAREFULLY READ THIS AGREEMENT, THAT I UNDERSTAND ITS TERMS AND WHAT IS BEING GIVEN UP AND WHAT IS BEING GAINED, THAT ALL UNDERSTANDINGS AND AGREEMENTS BETWEEN THE COMPANY AND ME RELATING TO THE SUBJECTS COVERED IN THIS AGREEMENT ARE CONTAINED IN THIS AGREEMENT, AND THAT I HAVE ENTERED INTO THE AGREEMENT KNOWINGLY AND VOLUNTARILY AND NOT IN RELIANCE ON ANY PROMISES OR REPRESENTATIONS BY THE COMPANY OTHER THAN THOSE CONTAINED IN THIS AGREEMENT.

I FURTHER ACKNOWLEDGE THAT I HAVE BEEN GIVEN THE OPPORTUNITY TO DISCUSS THIS AGREEMENT WITH MY PRIVATE ATTORNEY AND HAVE TAKEN ADVANTAGE OF THAT OPPORTUNITY TO THE EXTENT I WISH TO DO SO.

I UNDERSTAND THAT BY SIGNING THIS AGREEMENT I AM GIVING UP MY RIGHT TO A JURY TRIAL.

_____    _____
Employee Signature                                    Date

_____
Printed Name    Sarah Starcovic


_____    _____
Signature of Authorized Company              Date
Representative

_____
Print Name and Title

8