UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ____Arizona_____

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: CV-21-00622-PHX-SMB

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 4/12/21

Date of judgment or order you are appealing: 1/6/22 and 4/19/22

Docket entry number of judgment or order you are appealing: 49 and 59

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Sarah Aldrete

Is this a cross-appeal?   ○ Yes   ⦿ No
If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No
If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** Isaac P. Hernandez          **Date** 5/18/22

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                        Rev. 12/01/2021

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Sarah Aldrete

Name(s) of counsel (if any):
Isaac P. Hernandez
Hernandez Law Firm PLC

Address: 361 E. Coronado Rd, Phoenix, AZ 85004

Telephone number(s): 602-753-2933

Email(s): isaac@hdezlawfirm.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Metro Auto Auction, LLC and Raymond Kurz

Name(s) of counsel (if any):
Amy Gittler
J. Alexander Dattilo
Jackson Lewis P.C.

Address: 2111 E. Highland Ave., Ste. B-250, Phoenix, AZ  85016

Telephone number(s): 602-714-7044

Email(s): amy.gittler@jacksonlewis.com; alexander.dattilo@jacksonlewis.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                1                                New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ☐ Yes   ☐ No

**Appellees**

Name(s) of party/parties:
BH Automotive, LLC

Name(s) of counsel (if any):
Darrell E. Davis; Zach R. Fort
Clark Hill PLC

Address: 14850 N. Scottsdale Road, Ste. 500, Scottsdale, AZ  85254

Telephone number(s): 480-684-1100

Email(s): ddavis@clarkhill.com; zfort@clarkhill.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                           2                                    New 12/01/2018